UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21768-CIV-HOEVELER

DISABILITY ADVOCATES AND COUNSELING
GROUP, INC. and STEVEN BROTHER,

    Plaintiffs,

v.

NOHER, INC.,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER ON JOINT STIPULATION

THIS CAUSE came before the Court upon the parties Joint Stipulation and the Court having reviewed the Joint Stipulation, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion to Vacate Clerk's Default and Default Judgment is hereby GRANTED and the November 21, 2007 Clerk's Default and the February 13, 2008 Final Judgment of Default are hereby VACATED. The above-captioned matter be and the same is hereby DISMISSED, WITHOUT PREJUDICE. Each party shall bear its own attorney's fees and costs.

DONE AND ORDERED in Chambers this 25th day of June, 2008.

_/s/ Wm M Hoeveler_
The Honorable Judge William M. Hoeveler
United States District Judge

Copies to:
    William N. Charouhis, Esq.
    Roberto A. Torricella, Jr., Esq.